IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD DRASBA, | : Civ. No. 1:23-CV-01409 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| FOLLETT HIGHER EDUCATION GROUP, LLC | : |
| Defendant. | : |

# ORDER

AND NOW, this 24th day of March 2025, for the foregoing reasons stated in our Memorandum Opinion, the defendant's motion for summary judgment (Doc. 25) is DENIED. The parties are directed to consult and confer and file an updated case management plan with the Court regarding pretrial and trial deadlines, as well as whether the parties wish to undertake any mediation efforts, **on or before April 14, 2025**,

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
